IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| MEMORIAL HALL MUSEUM, INC.<br>Plaintiff, | |
| v. | CIVIL ACTION NO. 3:16-CV-666-TBR |
| MICHAEL R. CUNNINGHAM<br>Defendant. | |

## DEFENDANT MICHAEL R. CUNNINGHAM'S AMENDED RULE 26(a)(2)(C) DISCLOSURE OF NON-RETAINED EXPERT WITNESS

\* \* \* \* \* \*

Defendant Michael R. Cunningham, by counsel, provides the following information under Fed. R. Civ. Pro. 26:

The Defendant intends to provide expert testimony himself based on his decades of experience collecting and researching civil war artifacts and uniforms. Michael Cunningham intends to provide expert opinions about the traits and characteristics used to identify and distinguish authentic civil war uniforms, and in particular, the number of ways the two uniforms that he owns differ from the inventory descriptions of Memorial Hall Museum's

1

missing Pipes and Herbst uniforms, including their condition, buttons, stenciling, fabric, piping, and garment type and manufacture. The Defendant is further expected to testify consistent with his deposition testimony and opinions given therein.

The Defendant reserves the right to disclose and call at trial additional experts or elicit additional expert opinions for purposes of rebuttal. The Defendant further reserves the right to amend or supplement this disclosure upon the discovery of new material evidence, upon the disclosures of new or substantially modified opinions by another party's expert witness, or for good cause shown. The Defendant reserves the right to amend this disclosure to address any issues related to this litigation that are raised subsequent to the filing of this disclosure.

Respectfully submitted,

/s/ Bradley R. Hume

Bradley R. Hume
THOMPSON MILLER & SIMPSON PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
Phone (502) 357-1929
bhume@tmslawplc.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    This is to certify that on December 15, 2017, copies of this Amended Disclosure were emailed to Mark J. Chaney, III, 601 Poydras Street, Suite 1200, New Orleans, Louisiana 70130 and to Bart L. Greenwald, 9750 Ormsby Station Road, Suite 210, Louisville, KY 40223, co-Counsel for Plaintiff.

                                               /s/ Bradley R. Hume
                                               *Counsel for Defendant*